June 29, 2012

Mr. Adam Brandon Allen
Parker Allen PLLC
1301 Leeland, Suite 100
Houston, TX 77002
Mr. John Foster Melton
Melton & Kumler LLP
2705 Bee Cave Road, Suite 220
Austin, TX 78746

RE: Case Number: 11-0288
 Court of Appeals Number: 14-08-00983-CV
 Trial Court Number: 2005-41193

Style: JERRY MCGINTY AND VILLAS BY DESIGN, INC.
 v.
 THOMAS J. HENNEN

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Patricia Hair |
| |Mr. Christopher A. |
| |Prine |
| |Mr. Gary |
| |Fitzsimmons |